

# Missouri Court of Appeals
### Southern District

## SEPTEMBER 22, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.     Case No.  SD33199

       Re:     IN THE INTEREST OF A.N.J.,
               Z.D.M.,
               Appellant,
               vs.
               GREENE COUNTY JUVENILE OFFICE,
               Respondent.